AO 243 (Rev. 01/15)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED BY _____ D.C.

MAR 19 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| United States District Court | District Southern of Florida | |
|---|---|---|
| Name (under which you were convicted):<br>Khaled Elbeblawy | Miami Division | Docket or Case No.:<br>1:15-CR-20820-BB |
| Place of Confinement: | | Prisoner No.:<br>08071-104 |
| UNITED STATES OF AMERICA<br>V. | | Movant (include name under which convicted)<br>Khaled Elbeblawy |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   United States District Court for the Southern District of Florida - Miami Division
   400 North Miami Ave, Room 10-2 Miami, Florida 33128

   cat/div __S/D/2255/MIA__
   Case # __15 CR 20820__
   Judge _____ Mag __REID__
   Motn Ifp __—__ Fee pd $ __—__
   Receipt # _____

   (b) Criminal docket or case number (if you know): 1:15-CR-20820-BB

2. (a) Date of the judgment of conviction (if you know): 01/21/2016
   (b) Date of sentencing: 08/30/2016

3. Length of sentence: 240 Months

4. Nature of crime (all counts): Conspiracy to commit health care and wire fraud. 18 U.S.C. §1349, a class(C) felony. Conspiracy to Defraud the U.S. and Pay Health Care Kickbacks, 18 U.S.C. §371, a class(D) felony.

5. (a) What was your plea? (Check one)
   (1) Not guilty [X]   (2) Guilty [ ]   (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury [X]   Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [X]   No [ ]

8. Did you appeal from the judgment of conviction?   Yes [X]   No [ ]

9. If you did appeal, answer the following:
   (a) Name of court: United States Court of Appeal for the Eleventh Circuit
   (b) Docket or case number (if you know): 16-16048-C
   (c) Result: See Attachment "A"
   (d) Date of result (if you know): 08/07/2018
   (e) Citation to the case (if you know): USA v. Elbeblawy, 899 F.3d 925
   (f) Grounds raised: See the Table Contents

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes [X]   No [ ]
   If "Yes," answer the following:
   (1) Docket or case number (if you know): 18-6667
   (2) Result: Denied
   (3) Date of result (if you know): Elbeblawy v. USA, 203 LED. 2d.573,-Us-
   (4) Citation to the case (if you know):
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes [X]   No [ ]

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: USDC-SD Fla
        (2) Docket or case number (if you know): 1:15-CR-20820-BB
        (3) Date of filing (if you know): See Attachment "A"

        (4) Nature of the proceeding: See Attachment "A"
        (5) Grounds raised: See Attachment "A"

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes [X]   No [ ]

(7) Result: __Pending__

(8) Date of result (if you know): __Pending__

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: __USDC-S.D.Fla.__

(2) Docket of case number (if you know): __1:15-CR-20820-BB__

(3) Date of filing (if you know): __See Attachment "A"__

(4) Nature of the proceeding: __See Attachment "A"__

(5) Grounds raised: __See Attachment "A"__

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes [X]   No [ ]

(7) Result: __Pending__

(8) Date of result (if you know): __Pending__

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes [ ]   No [ ]   Pending Notice of Appeal

(2) Second petition:  Yes [ ]   No [ ]   Pending Notice of Appeal

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** <u>Ineffective Assistance of Counsel</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

     Yes ☐  No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:

<u>IAC claims precluded pursuant to circuit precedent</u>

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

     Yes ☐  No ☒

   ~~(2) If you answer to Question (c)(1) is "Yes," state:~~

   ~~Type of motion or petition:~~

   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?

     Yes ☐  No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

     Yes ☐  No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

     Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Sentence Imposed in Violations of Statutes.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes [X]   No [ ]

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes [X]   No [ ]

AO 243 (Rev. 01/15)

Page 7

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __See Attachment "A"__

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): __1:15-CR-20820-BB__

Date of the court's decision: __Pending__

Result (attach a copy of the court's opinion or order, if available):

Pending

(3) Did you receive a hearing on your motion, petition, or application?
Yes [X]    No [ ]

(4) Did you appeal from the denial of your motion, petition, or application?
Yes [ ]    No [ ]   Pending Notice of Appeal

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes [ ]    No [ ]   Pending Notice of Appeal

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
__USDC-SDFla__

Docket or case number (if you know): __1:15-CR-20820-BB__

Date of the court's decision: __Pending__

Result (attach a copy of the court's opinion or order, if available):

~~(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:~~

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition:
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐   No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐   No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition:
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):
  Date of the court's decision:
  Result (attach a copy of the court's opinion or order, if available):

 (3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐  No ☐

 (4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐  No ☐

 (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐  No ☐

 (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

 (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging? Yes ☐  No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)

Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:

Michael Matter - See Attachment "A"

(b) At the arraignment and plea:

Francisco Marty, Yan Smith

(c) At the trial:

Michael Matter

(d) At sentencing:

Richard Carroll Klugh, Jr.

(e) On appeal:

Richard Carrol Klugh, Jr.

(f) In any post-conviction proceeding:

Jefrey Weinkle

(g) On appeal from any ruling against you in a post-conviction proceeding:

Pending

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?  Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes ☐  No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:  N/A

(c) Give the length of the other sentence:  N/A

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☒  No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

This motion is timely where the trial judgment was reversed and remanded by USCA on August 07, 2018. Rehearing by USDC held pending decision on Cert. (Denied) on March 18, 2019.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

   (1)   the date on which the judgment of conviction became final;

   (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

   (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

   (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)

Page 13

Therefore, movant asks that the Court grant the following relief: That the District Court Vacate the judgment and conviction, and reset the matter for further proceedings.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____.
(month, date, year)

Executed (signed) on _____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.
The Petitioner contracted authorized the above signed commercial entity. Research Assistance, Inc, to prepare and file a computer expert copy of the petition.

(e) On appeal:
   Richard Carroll Klugh, Jr.
   25 SE 2nd Avenue
   Suite 1100
   Miami, Florida 33131

(f) In any post-conviction proceeding:
   Jefrey Weinkle
   1481 NW North River Drive
   Miami, Florida 33125

(g) On appeal from any ruling against you in a post-conviction proceeding:
   Pending

Khaled Elbeblawy              Reg. No. 08071-104         Case No. 1:15-CR-20820-BB

## Attachment "A"

Question #9 part (c) and (f)

(c) Result: The Appellate Court affirm my conviction and sentences, **Vacate** the forfeiture order, and **Remand** for proceedings consistent with this opion.

(f) Grounds raised:

I.
- Elbeblawy's Convictions must be Reversed Because the District Court Wrongly Allowed the Government to Introduce a Confession and a Plea Agreement That Elbeblawy Signed in the Course of Plea Discussions, Although No Guilty Plea Was Entered.

II.
- Elbeblawy's Convictions must Be Reversed Because the Government Failed to Disclose Powerful Exculpatory Evidence until After Trial, in Violation of Brady v. Maryland.

III.
- The District Court Constructively Amended Count 2 of the Superseding Indictment, in Violation of the Fifth Amendment, by Broadening the Bases upon Which Elbeblawy Could Be Convicted of Conspiring to Defraud the United States.

IV.
- The Cumulative Effect of Multiple Trial Errors Rendered Elbeblawy's Trial Fundamentally Unfair.

V.
- The Sentencing Court Erred in Imposing Enhancements for Intended Loss and Sophisticated means and Violated Ex Post Facto by Using the 2015 Guideline Manual Where No Criminal Conduct after November 2011 Was Proven by the Government at Sentencing.

**VI.**
- The Forfeiture Money Judgment must Be Reversed Where Neither 18 U.S.C. §982(A)(7) NorFed.R. Crim.P. 32.2 Affords the Government a Jurisdictional Basis for Forfeiture Money Judgment; the Sixth Amendment Bars Imposition of a Forfeiture Judgment Absent a Jury Verdict on Forfeiture Proceeds Based on Proof Beyond a Reasonable Doubt; and the District Court Failed to Limit Forfeiture to Proven Health Care Fraud Proceeds Received by the Defendant.

Question #15 (a thru g)

(a) At the preliminary hearing:
    Michael Matter
    Adelsin & Matters
    2929 SW 3rd Avenue
    Suite 410
    Miami, Florida 33129

(b) At the arraignment and plea:
    Francisco Marty, Yan Smith

(c) At the trial:
    Michael Matters
    Adelsin & Matters
    2929 SW 3rd Avenue
    Suite 410
    Miami, Florida 33129

(d) At sentencing:
    Richard Carroll Klugh, Jr.
    25 SE 2nd Avenue
    Suite 1100
    Miami, Florida 33131

| Date | # | Description |
|---|---|---|
| | | through PACER. Redaction Request due 4/28/2016. Redacted Transcript Deadline set for 5/9/2016. Release of Transcript Restriction set for 7/8/2016. (yhz) (Entered: 04/04/2016) |
| 04/07/2016 | 130 | MOTION for Forfeiture of Property *Money Judgment* by USA as to Khaled Elbeblawy. Responses due by 4/25/2016 (Attachments: # 1 Exhibit Attachment A (Composite), # 2 Text of Proposed Order)(Sombuntham, Nalina) (Entered: 04/07/2016) |
| 04/07/2016 | 131 | VACATED: ORDER granting 130 Motion for Order of Forfeiture as to Khaled Elbeblawy (1). Signed by Judge Beth Bloom on 4/7/2016. (ar2) Modified text to reflect this order is vacated per court order on 4/15/2016 (tas). (Entered: 04/07/2016) |
| 04/08/2016 | 132 | NOTICE *Regarding Length of Sentencing Hearing and Request for Forfeiture Hearing* by Khaled Elbeblawy (Klugh, Richard) (Entered: 04/08/2016) |
| 04/08/2016 | 133 | PAPERLESS NOTICE OF HEARING as to Khaled Elbeblawy Forfeiture Hearing set for 4/15/2016 10:00 AM in Miami Division before Judge Beth Bloom, 400 North Miami Avenue, Courtroom 10-2. (ch1) (Entered: 04/08/2016) |
| 04/12/2016 | 134 | FINAL Addendum 1 Disclosure of REVISED Presentence Investigation Report of Khaled Elbeblawy. This is a limited access document. Report access provided to attorneys Nalina Sombuntham, Vasanth R. Sridharan, Nicholas E. Surmacz, Richard Carroll Klugh, Jr by USPO (Attachments: # 1 Addendum)(acn1) (Entered: 04/12/2016) |
| 04/13/2016 | 135 | NOTICE *of Filing Letters of Support for Sentencing* by Khaled Elbeblawy (Klugh, Richard) (Entered: 04/13/2016) |
| 04/13/2016 | 136 | SENTENCING MEMORANDUM by USA as to Khaled Elbeblawy (Sridharan, Vasanth) (Entered: 04/13/2016) |
| 04/14/2016 | 137 | TRANSCRIPT of Trial Day 1 as to Khaled Elbeblawy held on 01/12/2016 before Judge Beth Bloom, Volume Number 1 of 6, 1 - 269 pages, Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/9/2016. Redacted Transcript Deadline set for 5/19/2016. Release of Transcript Restriction set for 7/18/2016. (yhz) (Entered: 04/14/2016) |
| 04/14/2016 | 138 | TRANSCRIPT of Trial Day 2 as to Khaled Elbeblawy held on 1/13/2016 before Judge Beth Bloom, Volume Number 2 of 6, 1 - 263 pages, Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/9/2016. Redacted Transcript Deadline set for 5/19/2016. Release of Transcript Restriction set for 7/18/2016. (yhz) (Entered: 04/14/2016) |
| 04/14/2016 | 139 | TRANSCRIPT of Trial Day 3 as to Khaled Elbeblawy held on 1/14/2016 before Judge Beth Bloom, Volume Number 3 of 6, 1 - 244 pages, Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/9/2016. Redacted Transcript Deadline set for 5/19/2016. Release of Transcript Restriction set for 7/18/2016. (yhz) (Entered: 04/14/2016) |
| 04/14/2016 | 140 | TRANSCRIPT of Trial Day 4 as to Khaled Elbeblawy held on 1/19/2016 before Judge Beth Bloom, Volume Number 4 of 6, 1 - 316 pages, Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/9/2016. Redacted Transcript Deadline set for 5/19/2016. Release of Transcript Restriction set for 7/18/2016. (yhz) (Entered: 04/14/2016) |
| 04/14/2016 | 141 | TRANSCRIPT of Trial Day 5 as to Khaled Elbeblawy held on 1/20/2016 before Judge Beth Bloom, Volume Number 5 of 6, 1 - 265 pages, Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/9/2016. Redacted Transcript Deadline set for 5/19/2016. Release of Transcript Restriction set for 7/18/2016. (yhz) (Entered: 04/14/2016) |
| 04/14/2016 | 142 | TRANSCRIPT of Trial Day 6 as to Khaled Elbeblawy held on 1/21/2016 before Judge Beth Bloom, Volume Number 6 of 6, 1 - 359 pages, Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/9/2016. Redacted Transcript Deadline set for 5/19/2016. Release of Transcript Restriction set for 7/18/2016. (yhz) (Entered: 04/14/2016) |
| 04/15/2016 | 143 | NOTICE *of Filing Letters of Support for Sentencing (Supplemental)* by Khaled Elbeblawy (Klugh, Richard) (Entered: 04/15/2016) |
| 04/15/2016 | 144 | PAPERLESS ORDER denying 106 Motion for Acquittal as to Khaled Elbeblawy (1); denying 106 Motion to Dismiss for Lack of Jurisdiction as to Khaled Elbeblawy (1); denying 106 Motion for New Trial as to Khaled Elbeblawy (1) for reasons stated on the record. Signed by Judge Beth Bloom (BB) (Entered: 04/15/2016) |
| 04/15/2016 | 145 | PAPERLESS Minute Entry for proceedings held before Judge Beth Bloom: Motion Hearing as to Khaled Elbeblawy held on 4/15/2016 re 106 Corrected MOTION for Acquittal MOTION to Dismiss for Lack of Jurisdiction 90 Jury Verdict, 59 Indictment MOTION for New Trial filed by Khaled Elbeblawy. Oral arguments heard. All motions denied for reasons stated on the record. Parties Present: Nicholas E. Surmacz, DOJ; Vasanth R. Sridharan; DOJ; Richard Carroll Klugh, Jr., Esq.; Defendant present (J). Arabic Interpreter present. Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. (tas) (Entered: 04/15/2016) |
| 04/15/2016 | 146 | PAPERLESS Minute Entry for proceedings held before Judge Beth Bloom: Forfeiture Hearing as to Khaled Elbeblawy held on 4/15/2016. Oral arguments heard, the Court VACATES ECF No. 131 Order of Forfeiture. Forfeiture Hearing continued and set for Friday, 5/13/2016 01:30 PM in Miami Division before Judge Beth Bloom, 400 North Miami Avenue, Courtroom 10-2.Parties Present: Nalina Sombuntham, AUSA; Richard Klugh, Jr.; Esq.; Defendant present (J). Arabic Interpreter present. Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. (tas) (Entered: 04/15/2016) |
| 04/15/2016 | 147 | PAPERLESS Order to Vacate re ECF No. 131 Order on Motion for Forfeiture of Property as to Khaled Elbeblawy. Order vacated for reasons stated on the record at the hearing held on Friday, April 15, 2016. Signed by Judge Beth Bloom on 4/15/2016. (tas) (Entered: 04/15/2016) |
| 04/15/2016 | 148 | PAPERLESS Minute Entry for proceedings held before Judge Beth Bloom: Sentencing not held on 4/15/2016 as to Khaled Elbeblawy. Defense ore tenus motion to continue sentencing is granted for reasons stated on the record. ( Sentencing CONTINUED to Friday, 5/13/2016 01:30 PM in Miami Division before Judge Beth Bloom, 400 North Miami Avenue, Courtroom 10-2.) Parties Present: Nicholas E. Surmacz, DOJ; Vasanth R. Sridharan; DOJ; Richard Carroll Klugh, Jr., Esq.; Defendant present (J). Arabic Interpreter present. Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. (tas) (Entered: 04/15/2016) |
| 04/15/2016 | 149 | PAPERLESS NOTICE OF SENTENCING HEARING as to Khaled Elbeblawy. Sentencing set for Friday, 5/13/2016 01:30 PM in Miami Division before Judge Beth Bloom, 400 North Miami Avenue, Courtroom 10-2. (tas) (Entered: 04/15/2016) |
| 04/18/2016 | | SYSTEM ENTRY - Docket Entry 150 restricted/sealed until further notice. (tpl) (Entered: 04/18/2016) |
| 04/18/2016 | | SYSTEM ENTRY - Docket Entry 151 restricted/sealed until further notice. (tpl) (Entered: 04/18/2016) |
| 04/21/2016 | 152 | CJA 24 as to Khaled Elbeblawy: Authorization to Pay Yvette Hernandez Voucher # FLST 16 095. (amb) (Entered: 04/21/2016) |
| 04/22/2016 | 153 | Unopposed MOTION to Continue *Sentencing and Related Proceedings* re 149 Notice/Order of Change of Plea and/or Sentencing by Khaled Elbeblawy. Responses due by 5/9/2016 (Klugh, Richard) (Entered: 04/22/2016) |
| 04/25/2016 | 154 | PAPERLESS ORDER granting 153 Unopposed Motion for Extended Continuance of Post-Conviction Proceedings and Alternative Request for Relief Due to Appointed Counsel's Medical Emergency as to Khaled Elbeblawy (1). SENTENCING HEARING reset for Friday, 7/29/2016 09:30 AM in Miami Division before Judge Beth Bloom, 400 North Miami Avenue, Courtroom 10-2. FORFEITURE Hearing reset for Friday, 7/29/2016 09:30 AM in Miami Division before Judge Beth Bloom, 400 North Miami Avenue, Courtroom 10-2. (3 hours set aside for these hearings, please contact Chambers if additonal time is required.)(Arabic Interpreters Required and Ordered) Signed by Judge Beth Bloom on 4/25/16. (tas) (Entered: 04/25/2016) |
| 07/14/2016 | 155 | Unopposed MOTION to Continue Sentencing Hearing *and Forfeiture Hearing* by Khaled Elbeblawy. Responses due by 8/1/2016 (Attachments: # 1 Text of Proposed Order)(Klugh, Richard) (Entered: 07/14/2016) |
| 07/14/2016 | 156 | PAPERLESS ORDER granting 155 Motion to Continue Forfeiture and Sentencing Hearing as to Khaled Elbeblawy (1). Forfeiture Hearing reset for Tuesday, 8/30/2016 09:30 AM in Miami Division before Judge Beth Bloom, 400 North Miami Avenue, Courtroom 10-2. Sentencing set for Tuesday, 8/30/2016 09:30 AM in |

| Date | # | Description |
|---|---|---|
| | | Miami Division before Judge Beth Bloom, 400 North Miami Avenue, Courtroom 10-2. Signed by Judge Beth Bloom (tas) (Entered: 07/14/2016) |
| 08/10/2016 | 157 | TRANSCRIPT of Arraignment on Superseding Indictment as to Khaled Elbeblawy held on 01/04/2016 before Judge Beth Bloom, 1 - 36 pages, Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/6/2016. Redacted Transcript Deadline set for 9/15/2016. Release of Transcript Restriction set for 11/14/2016. (yhz) (Entered: 08/10/2016) |
| 08/10/2016 | 158 | TRANSCRIPT of Motions & Forfeiture Hearing as to Khaled Elbeblawy held on 04/15/2016 before Judge Beth Bloom, 1 - 102 pages, Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/6/2016. Redacted Transcript Deadline set for 9/15/2016. Release of Transcript Restriction set for 11/14/2016. (yhz) (Entered: 08/10/2016) |
| 08/11/2016 | | SYSTEM ENTRY - Docket Entry 159 restricted/sealed until further notice. (nc) (Entered: 08/11/2016) |
| 08/11/2016 | | SYSTEM ENTRY - Docket Entry 160 restricted/sealed until further notice. (nc) (Entered: 08/11/2016) |
| 08/11/2016 | | SYSTEM ENTRY - Docket Entry 161 restricted/sealed until further notice. (nc) (Entered: 08/11/2016) |
| 08/11/2016 | | SYSTEM ENTRY - Docket Entry 162 restricted/sealed until further notice. (nc) (Entered: 08/11/2016) |
| 08/23/2016 | 163 | RESPONSE in Opposition by Khaled Elbeblawy re 130 MOTION for Forfeiture of Property *Money Judgment* Replies due by 9/2/2016. (Klugh, Richard) (Entered: 08/23/2016) |
| 08/25/2016 | 164 | NOTICE *of Sentencing Witnesses and Hearing Duration* by Khaled Elbeblawy (Klugh, Richard) (Entered: 08/25/2016) |
| 08/25/2016 | 165 | Defendant's MOTION for Downward Departure by Khaled Elbeblawy. Responses due by 9/12/2016 (Klugh, Richard) (Entered: 08/25/2016) |
| 08/29/2016 | 166 | REPLY TO RESPONSE to Motion by USA as to Khaled Elbeblawy re 130 MOTION for Forfeiture of Property *Money Judgment* (Attachments: # 1 Text of Proposed Order) (Sombuntham, Nalina) (Entered: 08/29/2016) |
| 08/30/2016 | 167 | PAPERLESS ORDER denying 118 Motion to Strike as to Khaled Elbeblawy (1) for reasons stated on the record. Signed by Judge Beth Bloom (BB) (Entered: 08/30/2016) |
| 08/30/2016 | 168 | PAPERLESS ORDER denying 165 Motion for Downward Departure as to Khaled Elbeblawy (1) for reasons stated on the record. Signed by Judge Beth Bloom (BB) (Entered: 08/30/2016) |
| 08/30/2016 | 169 | Paperless Minute Entry for proceedings held before Judge Beth Bloom: Forfeiture Hearing as to Khaled Elbeblawy held on 8/30/2016, Sentencing held on 8/30/2016 as to Khaled Elbeblawy. Appearances by Nicholas Surmacz, Nilina Sombuntham and Vasanth Sridharan for the USA and Richard Klugh, Jr. for the defendant. Arabic Interpreter present. Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. (ch1) (Entered: 08/30/2016) |
| 08/31/2016 | 170 | JUDGMENT as to Khaled Elbeblawy (1), Count(s) 1, 2, Dismissed; Count(s) 1s, 2s, Imprisonment for a term of 240 months. This term consists of 240 months as to count 1 and 60 months as to count 2, to be served concurrently to count 1; followed by 3 years Supervised Release. This term consists of 3 years as to counts 1 and 2, all such terms to run concurrently. Restitution: $36,400,957.00 Assessment: $200.00 Closing Case for Defendant. Signed by Judge Beth Bloom on 8/31/2016. (ail) **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 09/01/2016) |
| 09/01/2016 | 171 | ORDER OF FORFEITURE as to Khaled Elbeblawy. Signed by Judge Beth Bloom on 8/31/2016. (ail) (Entered: 09/01/2016) |
| 09/12/2016 | 172 | NOTICE OF APPEAL by Khaled Elbeblawy Re: 170 Judgment,. Filing fee $ 505.00. CJA Appointment with CJA Voucher Number 15 5277. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Klugh, Richard) (Entered: 09/12/2016) |
| 09/13/2016 | | Transmission of Notice of Appeal, Judgment and Docket Sheet as to Khaled Elbeblawy to US Court of Appeals re 172 Notice of Appeal - Final Judgment, Notice has been electronically mailed. (apz) (Entered: 09/13/2016) |
| 09/26/2016 | 173 | Acknowledgment of Receipt of NOA from USCA as to Khaled Elbeblawy re 172 Notice of Appeal - Final Judgment, date received by USCA: 9/13/2016. USCA Case Number: 16-16048-C. (apz) (Entered: 09/27/2016) |
| 10/11/2016 | 174 | TRANSCRIPT INFORMATION FORM as to Khaled Elbeblawy re 172 Notice of Appeal - Final Judgment, filed by Khaled Elbeblawy. Sentencing, other hearings transcript(s) ordered. Order placed by Richard Klugh. Email sent to Court Reporter Coordinator. (Klugh, Richard) (Entered: 10/11/2016) |
| 10/28/2016 | 175 | COURT REPORTER ACKNOWLEDGMENT as to Khaled Elbeblawy re 174 Transcript Information Form, 172 Notice of Appeal - Final Judgment,. Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. Estimated filing date of transcript 12/12/2016. USCA number 1616048-C. (yhz) (Entered: 10/28/2016) |
| 12/18/2016 | 176 | TRANSCRIPT of Motion to Suppress, Day 1 as to Khaled Elbeblawy held on 11/16/15 before Judge Beth Bloom, 1 - 117 pages, re: 172 Notice of Appeal - Final Judgment, Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. USCA Case Number: 16-16048-C. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/9/2017. Redacted Transcript Deadline set for 1/18/2017. Release of Transcript Restriction set for 3/20/2017. (yhz) (Entered: 12/18/2016) |
| 12/18/2016 | 177 | TRANSCRIPT of Motion to Suppress, Day 2 as to Khaled Elbeblawy held on 11/17/2016 before Judge Beth Bloom, 1 - 108 pages, re: 172 Notice of Appeal - Final Judgment, Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. USCA Case Number: 16-16048-C. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/9/2017. Redacted Transcript Deadline set for 1/18/2017. Release of Transcript Restriction set for 3/20/2017. (yhz) (Entered: 12/18/2016) |
| 12/18/2016 | 178 | TRANSCRIPT of Pretrial Motion as to Khaled Elbeblawy held on 11/25/15 before Judge Beth Bloom, 1 - 10 pages, re: 172 Notice of Appeal - Final Judgment, Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. USCA Case Number: 16-16048-C. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/9/2017. Redacted Transcript Deadline set for 1/18/2017. Release of Transcript Restriction set for 3/20/2017. (yhz) (Entered: 12/18/2016) |
| 12/18/2016 | 179 | TRANSCRIPT of Forfeiture & Sentencing Hearing as to Khaled Elbeblawy held on 8/30/16 before Judge Beth Bloom, 1 - 143 pages, re: 172 Notice of Appeal - Final Judgment, Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov. USCA Case Number: 16-16048-C. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/9/2017. Redacted Transcript Deadline set for 1/18/2017. Release of Transcript Restriction set for 3/20/2017. (yhz) (Entered: 12/18/2016) |
| 12/27/2016 | 180 | TRANSCRIPT NOTIFICATION as to Khaled Elbeblawy - Transcript(s) ordered on: 10/12/2016 by Richard C. Klugh, Esq. has/have been filed on 12/18/16 by Court Reporter: Yvette Hernandez, 954-769-5686 / Yvette_Hernandez@flsd.uscourts.gov re 174 Transcript Information Form, 175 Court Reporter Acknowledgment, 172 Notice of Appeal - Final Judgment,. (yhz) (Entered: 12/27/2016) |
| 08/17/2017 | 181 | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: 172 Notice of Appeal - Final Judgment, Appeal No. 16-16048-CC. The entire record on appeal is available electronically. (apz) (Entered: 08/17/2017) |
| 10/18/2017 | 182 | Compliance with Request from USCA dated 10/17/2017. Regarding: Compilation of case documents. Complied with on 10/17/2017. USCA Case Number 16-16048-CC. (apz) (Entered: 10/18/2017) |
| 09/05/2018 | 183 | MANDATE of USCA (certified copy). We AFFIRM Elbeblawy's convictions and sentence, VACATE the forfeiture order, and REMAND for proceedings consistent |

| | | with this opinion as to Khaled Elbeblawy re 172 Notice of Appeal - Final Judgment; Date Issued: 9/5/2018; USCA Case Number: 16-16048-CC. (apz) (Entered: 09/05/2018) |
|---|---|---|
| 03/18/2019 | 184 | WRIT OF CERTIORARI DENIED by US Supreme Court as to Khaled Elbeblawy re 172 Notice of Appeal - Final Judgment. (apz) (Entered: 03/19/2019) |
| 07/10/2019 | 185 | NOTICE of Reassignment of Assistant US Attorney. Nicole Grosnoff appearing for USA. Nalina Sombuntham terminated. Attorney Nicole Grosnoff added to party USA(pty:pla). (Grosnoff, Nicole) (Entered: 07/10/2019) |
| 09/30/2019 | 186 | PAPERLESS NOTICE OF HEARING as to Khaled Elbeblawy Resentencing re: Forfeiture set for 12/6/2019 at 10:00 AM in Miami Division, 400 North Miami Avenue, Courtroom 10-2 before Judge Beth Bloom. (ego) (Entered: 09/30/2019) |
| 11/01/2019 | 187 | Unopposed MOTION to Withdraw as Attorney by Richard Klugh for / by Khaled Elbeblawy. (Klugh, Richard) (Entered: 11/01/2019) |
| 11/04/2019 | 188 | PAPERLESS ORDER granting 187 Motion to Withdraw as Attorney. Richard Carroll Klugh, Jr withdrawn from case. Added Jeffrey David Weinkle for Khaled Elbeblawy for Remand for Sentencing re: Forfeiture. Date attorney was appointed CJA: 11/4/2019 as to Khaled Elbeblawy (1). Signed by Judge Beth Bloom on 11/4/2019. (ego) (Entered: 11/04/2019) |
| 11/15/2019 | 189 | MOTION to Amend/Correct 171 Order for Forfeiture of Property by USA as to Khaled Elbeblawy. Responses due by 11/29/2019 (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Grosnoff, Nicole) (Entered: 11/15/2019) |
| 12/02/2019 | 190 | PAPERLESS ORDER requiring the Defendant's Response by December 5, 2019, to the United States' Motion for Amended Forfeiture Money Judgment, ECF No. 189, as to Khaled Elbeblawy. Signed by Judge Beth Bloom (BB) (Entered: 12/02/2019) |
| 12/02/2019 | | Set/Reset Deadlines/Hearings in case as to Khaled Elbeblawy as per DE 190 re 189 MOTION to Amend/Correct 171 Order for Forfeiture of Property. Responses due by 12/5/2019 (lk) (Entered: 12/03/2019) |
| 12/04/2019 | 191 | MOTION to Continue Sentencing Hearing by Khaled Elbeblawy. Responses due by 12/18/2019 (Weinkle, Jeffrey) (Entered: 12/04/2019) |
| 12/04/2019 | 192 | PAPERLESS ORDER granting 191 Motion to Continue Change of Sentencing Hearing as to Khaled Elbeblawy (1). Re: 189 MOTION to Correct 171 Order for Forfeiture of Property. Motion Hearing reset for 2/14/2020 at 09:30 AM in Miami Division, 400 North Miami Avenue, Courtroom 10-2 before Judge Beth Bloom. Signed by Judge Beth Bloom on 12/4/2019. (ego) (Entered: 12/04/2019) |
| 12/04/2019 | 193 | MOTION for Extension of Time file Response re 190 Order by Khaled Elbeblawy. Responses due by 12/18/2019 (Weinkle, Jeffrey) (Entered: 12/04/2019) |
| 12/04/2019 | 194 | PAPERLESS ORDER granting 193 Motion for Extension of Time to File Response by February 7, 2020, as to Khaled Elbeblawy (1). Signed by Judge Beth Bloom (BB) (Entered: 12/04/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/29/2020 15:04:22 | | | |
| PACER Login: | Jw271934 | Client Code: | ELBEBLAWY |
| Description: | Docket Report | Search Criteria: | 1:15-cr-20820-BB |
| Billable Pages: | 19 | Cost: | 1.90 |

Khaled Elbeblawy #08071-104
Federal Detention Center
P.O Box 019120
Miami, FL 33101





CERTIFIED MAIL
7009 2820 0001 7395 3929

**LEGAL MAIL**

**United States District Court**
For the Southern District of Florida
United States Federal Courthouse
400 North Miami Avenue, RM: 8N09.
Miami, FL 33128-7716

Legal Mail

USMS INSPECTED