UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-21212-BB
(15-CR- 20820-BB)

**KHALED ELBEBLAWY,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

### UNITED STATES' NOTICE OF APPEARANCE

The United States of America hereby files this Notice of Appearance of Trial Attorney Alexander T. Pogozelski as counsel of record in this case.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

    */s/ Alexander T. Pogozelski*
    Trial Attorney
    FL Special Bar No. A5502549
    U.S. Department of Justice
    Criminal Division, Fraud Section
    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Tel: (202) 510-2208
    Email: alexander.pogozelski@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2020, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using CM/ECF and I caused a copy of this filing to be mailed to the Petitioner at the below address:

Khaled Elbeblawy
Inmate Register No: 08071-104
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101

**Dated:**   April 1, 2020

                                              */s/ Alexander T. Pogozelski*
                                              Trial Attorney
                                              U.S. Department of Justice