UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21212-BLOOM/Reid

KHALED ELBEBLAWY,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon Movant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. [1] ("Motion"), filed on March 19, 2020. The Motion was previously referred to the Honorable Lisette M. Reid for a Report and Recommendation on all dispositive matters. ECF No. [2]. On April 27, 2020, Judge Reid issued the Report of Magistrate Judge ("Report") recommending that this case be stayed and administratively closed, and that Movant be ordered to notify this Court within fourteen days of the issuance of the mandate in Movant's direct appeal that is currently pending before the Court of Appeals for the Eleventh Circuit, No. 20-10769. ECF No. [5] at 4. "Within fourteen days after being served with a copy, any party may serve and file written objections to [a magistrate judge's report and recommendation] as provided by rules of court." 28 U.S.C. § 636(b)(1)(C). Thus, in this case, any objections to Judge Reid's Report were due by May 11, 2020. To date, neither party has filed objections, nor have they sought additional time within which to do so.

The Court has conducted a *de novo* review of Judge Reid's Report and the record in this case and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's Report to be well

reasoned and correct. The Court therefore agrees with the analysis in the Report and concludes that this case must be stayed during the pendency of Movant's direct appeal, No. 20-10769, for the reasons set forth therein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report, **ECF No. [5]**, is **ADOPTED**.

2. This case is hereby **STAYED** and **ADMINISTRATIVELY CLOSED**.

3. Movant is ordered to notify the Court **within fourteen (14) days** of the issuance of the Eleventh Circuit's mandate in Case No. 20-10769, so that the Court may lift the stay order Movant to file a legally sufficient and properly verified § 2255 motion.

4. Movant is further cautioned that the failure to timely notify this Court of the issuance of the Eleventh Circuit's mandate will result in dismissal of the instant § 2255 motion without prejudice, which in turn will likely result in any subsequent § 2255 motion being dismissed with prejudice as untimely.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 19, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Lisette Reid

Counsel of Record

Khaled Elbeblawy, 08071-104
Miami FDC – Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101