UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Khaled Elbeblawy,
    Plaintiff

v.

United States of America
    Defendant

FILED BY _____ D.C.
OCT 12 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

PLAINTIFF'S MOTION TO CORRECT CALCULATION
OF TIME PURSUANT TO 28 U.S.C. § 2255(f)(1)

Comes Now Khaled Elbeblawy ("the Plaintiff") and files this his motion to correct the calculation of time for the filing of his motion under 28 U.S.C. § 2255(f)(1), where filing deadline stipulated in this Court's Order [ECF No. 11], improperly calculated the filing deadline.

### FINALITY WHEN CERTIORARI IS SOUGHT FOLLOWING AFFIRMANCE ON DIRECT APPEAL

1. When a federal prisoner files a petition for a writ of certiorari following affirmance on direct appeal, the judgement becomes final on the day that the United States Supreme Court either denies certiorari or affirms on the merits. See Clay v. United States, 537 U.S. 522, 527, 123 S. CT. 1072, 1076, 155 L. ED. 2d 88 (2003).

2. In this case, the United States Supreme Court denied the Plaintiff's petition for writ of certiorari on June 7 2021. See Elbeblawy v. United States — S.Ct. —, No. 20-7940, 2021 WL 2302075 (June 7 2021).

3. Thus, pursuant to 28 U.S.C. § 2255(f)(1), the judgement in this matter became final on June 7, 2021, and the corrected statutory deadline for filing a "legally sufficient and properly verified § 2255 motion" is June 7 2022.

DATED: October 7, 2021

Respectfully Submitted,

Khaled Elbebiawy
Registration No. 08071-104
Plantiff
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800

FROM:

KHALED ELBEBLAWY 08071-104
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 779800
MIAMI, FL TO: 33177

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

**PRIORITY MAIL**

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

USPS TRACKING #
9114 9023 0722 4040 6129 68

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



This envelope is made from post-consumer waste. Please recycle - again.