```
FILING FEE
PAID          NO
In Forma      NO
Pauperis
              Angela E. Noble, Clerk
```

```
FILED BY ___PG___ D.C.
OCT 21 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No. 20-CV-21212-BB

KHALED ELBEBLAWY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## NOTICE OF APPEAL

COMES NOW, Khaled Elbeblawy ("the Plaintiff"), and files this, his Notice of Appeal of the District Court's Order in the above styled case, ECF No. 13, dated October 14, 2021.

DATED: October 19, 2021.

                                                Respectfully Submitted,

                                                /s/ Khaled Elbeblawy

                                                Khaled Elbeblawy
                                                USM No. 08071-104
                                                Plaintiff
                                                Federal Correctional Institution
                                                P.O. Box 779800
                                                Miami, Florida 33177-9800



PRIORITY MAIL
UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope
*For Domestic and International Use*

Visit us at usps.com

U.S.M.S. INSPECTED BY: _____

From:/Expéditeur:
KHALED ELBEBLAWY 08071-104
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 779800
MIAMI, FLORIDA 33177

To:/Destinataire:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

Country of Destination:/Pays de destination:

amount of mailable material may be enclosed, as long he envelope is not modified, and the contents are rely confined within the envelope with the adhesive rided as the means of closure.

ERNATIONAL RESTRICTIONS APPLY:

OUND WEIGHT LIMIT ON ERNATIONAL APPLIES

stoms forms are required. Consult the mational Mail Manual (IMM) at pe.usps.gov sk a retail associate for details.

Recycled Paper



NITED STATES POSTAL SERVICE
USPS TRACKING #

Label 400 Jan. 2013
7690-16-000-7948

9014 9645 0058 2359 67

