AO 243 (Rev. 09/17)

FILED BY _PS_ D.C.

JUN 10 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

AMENDED MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE,
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District SOUTHERN DISTRICT OF FLORIDA, MIAMI |
|---|---|
| Name *(under which you were convicted)*: Khaled Elbeblawy | Docket or Case No.: 1:20-CV-21212-BB |
| Place of Confinement: Federal Correctional Facility, FCI-Miami | Prisoner No.: 08070-104 |
| UNITED STATES OF AMERICA  V. | Movant *(include name under which convicted)* Khaled Elbeblawy |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   (b) Criminal docket or case number (if you know): ___1:15-CR-20820-BB___

2. (a) Date of the judgment of conviction (if you know): ___08/31/2016___
   (b) Date of sentencing: ___08/31/2016___

3. Length of sentence: ___240 Months___

4. Nature of crime (all counts):
   Conspiracy to commit healthcare and wire fraud, 18 U.S.C. § 1349, a class (C) felony, Conspiracy to defraud the United States by paying healthcare kickbacks, 18 U.S.C. § 371, a class (D) felony.

5. (a) What was your plea? (Check one)
   (1) Not guilty [x]   (2) Guilty [ ]   (3) Nolo contendere (no contest) [ ]

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury [x]   Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [x]   No [ ]

Page 2 of 13

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?   Yes [x]   No [ ]

9. If you did appeal, answer the following:
   (a) Name of court:  United States of Appeals for the Eleventh Circuit
   (b) Docket or case number (if you know):  16-6048-C
   (c) Result:  The Appeal Court Affirm my conviction and sentence, vacated the forfeiture order, and remanded
   (d) Date of result (if you know):
   (e) Citation to the case (if you know):  USA v. Elbeblawy, 899 F.3d 925
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes [x]   No [ ]
   If "Yes," answer the following:
   (1) Docket or case number (if you know):  18-6667
   (2) Result:  Denied

   (3) Date of result (if you know):  03/18/2019
   (4) Citation to the case (if you know):  USA v. Elbeblawy, 203 LED.2dd 573.US
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes [x]   No [ ]

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:  United States District Court - Southern District of Florida
        (2) Docket or case number (if you know):  1:15-CR-20820-BB
        (3) Date of filing (if you know):  03/08/2016

AO 243 (Rev. 09/17)

    (4) Nature of the proceeding:    Corrected Motion for Acquittal & MOTION for New Trial
    (5) Grounds raised:
        (1) Impermissible admission of evidence; (2) superseding indictment was efficient; (3) evidence was insufficient to support conviction; (4) Brad/Giglio violation; and (5) juror misconduct.

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes [x]     No [ ]
    (7) Result:    Denied
    (8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court:
    (2) Docket of case number (if you know):
    (3) Date of filing (if you know):
    (4) Nature of the proceeding:
    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes [ ]     No [ ]
    (7) Result:
    (8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:     Yes [ ]     No [ ]
    (2) Second petition:     Yes [ ]     No [ ]

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Trial counsel's performance was deficient where his decision and actions fell below the standards for constitutional performance under the Sixth Amendment.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Specifically, but not limited to, trial counsel: (1) failed to investigate, raise or challenge this Court's jurisdiction based on double jeopardy from the United States' "bad faith" dismissal of a prior matter under F.R. Crim. P. 48(a); (2) failed to inform defendant that he had the option to enter a "conditional plea" dependent on an appeal of the jurisdictional challenge; (3) failed to object to Trial Court's decision/refusal to substitute counsel; and (4) failed to object to being forced to continue as standby counsel after parties informed Trial Court of irreconcilable differences and that attorney client relationship was irretrievably broken.

(b) **Direct Appeal of Ground One:**

 (1) If you appealed from the judgment of conviction, did you raise this issue?
  Yes ☐   No ☒

 (2) If you did not raise this issue in your direct appeal, explain why: __IAC claims precluded pursuant to Circuit precedent.__

(c) **Post-Conviction Proceedings:**

 (1) Did you raise this issue in any post-conviction motion, petition, or application?
  Yes ☐   No ☒

 (2) If you answer to Question (c)(1) is "Yes," state:

 Type of motion or petition: _____

 Name and location of the court where the motion or petition was filed:

 Docket or case number (if you know): _____
 Date of the court's decision: _____
 Result (attach a copy of the court's opinion or order, if available):

 (3) Did you receive a hearing on your motion, petition, or application?
  Yes ☐   No ☐

AO 243 (Rev. 09/17)

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:
    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):
    Date of the court's decision:
    Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** <u>Appellate counsel's performance was deficient where his decisions and actions fell below the standards of constitutional performance under the Sixth Amendment.</u>

    (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    Specifically, but not limited to, Appellate counsel's failure to seek review where the District Court, erred in its denial of the defendant's Sixth Amendment right to representation by professional counsel. The District Court erred: (1) in the denial of the defendant's request for substitute counsel; (2) in proceeding in light of Defendant's statements that he did not "know the law"; (3) in view of this Court's own statements in the records that the defendant was "not familiar with the law... not familiar with court procedures... [and] not familiar with the rules of evidence."; and (4) based on Trial counsel's responses to this Court's inquires that "we [counsel and the defendant] have irreconcilable differences which are going to preclude me [counsel] form continuing to represent him... no, I cannot continue to represent him."

    (b) **Direct Appeal of Ground Two:**
        (1) If you appealed from the judgment of conviction, did you raise this issue?
            Yes ☐    No ☒

AO 243 (Rev. 09/17)

    (2)   If you did not raise this issue in your direct appeal, explain why: <u>Appellate Counsel's performance was deficient.</u>

**(c) Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?
          Yes ☐    No ☒

    (2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (3)   Did you receive a hearing on your motion, petition, or application?
          Yes ☐    No ☐

    (4)   Did you appeal from the denial of your motion, petition, or application?
          Yes ☐    No ☐

    (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
          Yes ☐    No ☐

    (6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:**  The District Court erred by, and through, its denial of the Defendant's Sixth Amendment right to professional counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Specifically, but not limited to, the District Court's repeated denial of: (1) the Defendant's request for substitute counsel; (2) the Defendant's on record statements that he did not "know the law"; (3) the Court's own on record statements that the defendant was not "familiar with the law... not familiar with the court procedure... [and] not familiar with the rules of evidence."; and (4) trial counsel's on record statements that "we have irreconcilable differences which are going to preclude me from continuing to represent him... no, I cannot continue to represent him."

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:  Deficient performance of Appellate counsel.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: 

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): 

Date of the court's decision: 

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐   No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
　　Yes ☐　　No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
　　Yes ☐　　No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
　　Yes ☐　　No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

The grounds presented herein were not previously presented to this Court due to the deficient performance of trial and appellate counsel.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No [x]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

 Michael Mater

(b) At the arraignment and plea:

 Francisco Marty, Jam Smith

(c) At the trial:

 Michael Matters

(d) At sentencing:

 Richard Carrol Klugh, Jr.

(e) On appeal:

 Richard Carrol Klugh, Jr.

(f) In any post-conviction proceeding:

 Jeffrey Weinkle

(g) On appeal from any ruling against you in a post-conviction proceeding:

 Sonia Escobia O'Donnell

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No [x]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No [x]

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Where the deadline for filing was equitably tolled during the pendency of interlocutory appellate proceedings in Appeal No. 21-13694-G.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

_____

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____.
(month, date, year)

Executed (signed) on ___June 08, 2022___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

VER / USA FOREVER / USA FOREVER / USA FOREVER / USA FOREVER / USA FOREVER / USA FOREVER / USA FOREVER / USA FOREVER / USA

FSC MIX FSC C116616

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FOREVER / USA FOREVER / USA

# PRIORITY® MAIL

ɔecified for domestic use.

; include up to $50 of insurance (restrictions apply).*

for domestic and many international destinations.

rance.**

/, a customs declaration form is required.

items. For details regarding claims exclusions see the
*usps.com.*

*http://pe.usps.com* for availability and limitations of coverage.

:NVELOPE
HT

:D

#

694 22

Label 400 Jan. 2013
7690-16-000-7948

F May 2020
12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**FROM:**

⇨08071-104⇨
Khaled Elbeblawy
Federal Correctional Institution
PO. BOX 779800
Miami, FL 33177
United States

U.S.M.S.
INSPECTED
BY:

U.S.M.S.
INSPECTED
BY:

**TO:**

**LEGAL MAIL**

**United States District Court**
*For the Southern District of Florida*
*United States Federal Courthouse*
*400 North Miami Avenue, RM: 8N09.*
*Miami, FL 33128-7716*

is packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.