UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21212-BLOOM

KHALED ELBEBLAWY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## LIMITED ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court a *sua sponte* review of the record. On June 8, 2022,[1] Petitioner Khaled Elbeblawy ("Petitioner") filed an Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. [27] ("Amended Motion"). In the Motion, Petitioner concedes that his Amended Motion is untimely, but he argues that "the deadline for filing was equitably tolled during the pendency of interlocutory appellate proceedings in Appeal No. 21-13694-G." *Id*. at 11.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **July 13, 2022**, Respondent shall file a limited response to this Order to Show Cause addressing whether Petitioner's Amended Motion is timely.

2. Petitioner may, but is not required to, file a reply to this Order to Show Cause. Petitioner's reply, if any, **shall be due within fourteen (14) days of the date of the filing of Respondent's response. Petitioner's reply shall not exceed ten (10) pages**

---

[1] "Under the 'prison mailbox rule,' a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing." *Williams v. McNeil*, 557 F.3d 1287, 1290 n.2 (11th Cir. 2009).

**in length**.

3. The Court cautions the parties that, absent truly extraordinary circumstances, the Court will not entertain any motions for extension of time to respond to this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 13, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Khaled Elbeblawy
08071-104
Miami FCI
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 779800
Miami, FL 33177
PRO SE