UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-21212-BLOOM

**KHALED ELBEBLAWY,**
**Petitioner,**

v.

**UNITED STATES OF AMERICA,**
**Respondent.**
_____/

**UNITED STATES' NOTICE OF APPEARANCE**

Undersigned counsel hereby files this Notice of Appearance for the United States of America in this case. Please send all notices and inquiries concerning this matter to undersigned counsel at the address listed below.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | LORINDA I. LARYEA<br>ACTING CHIEF<br>FRAUD SECTION |
|  | JUAN ANTONIO GONZALEZ<br>UNITED STATES ATTORNEY |
| Dated: July 13, 2022 | By:  /s/ *Meredith Hough* |
|  | Special Bar ID No. A5502915<br>FL Bar No. 111553<br>Trial Attorney<br>Criminal Division, Fraud Section<br>U.S. Department of Justice<br>12020 Miramar Parkway<br>Miramar, FL 33025<br>Meredith.Hough@usdoj.gov<br>Cell: (202) 957-2924 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on July 13, 2022, and a copy was mailed to the Petitioner at Khaled Elbeblawy, 08071-104, Miami FCI, Federal Correctional Institution, Inmate Mail/Parcels, Post Office Box 779800, Miami, FL 33177.

*/s/ Meredith Hough*
Trial Attorney