# Exhibit A

## FCI MIAMI - INMATE CERTIFIED MAIL LOG

| DATE/TIME | INMATE NAME REG # / LOCATION | NAME & ADDRESS | CERTIFIED MAIL NUMBER | DATE ISSUED | TIME ISSUED | INMATE SIGNATURE | STAFF SIGNATURE PRINT NAME |
|---|---|---|---|---|---|---|---|
| 6/1/2022 10:00AM | ▓▓▓ | ▓▓▓ PA 19106 | | 6/1/22 | 13:36pm | [sig] | [sig] JA |
| 6/1/2022 10:00AM | Khaled Elbebiawy 08071-104 | 56 Forsyth St. N.W Atlanta Georgia 30303 Eleventh Circuit | | 6/1/22 | 1:44 PM | [sig] | [sig] JA |
| 6/1/2022 10AM | ▓▓▓ | ▓▓▓ | | 6/1/22 | 1:53pm | [sig] | JA |
| 6/1/2022 10AM | ▓▓▓ | ▓▓▓ AVE. | | 6/1/22 | 2:03p | [sig] | JA |
| 6/1/2022 10:AM | ▓▓▓ | ▓▓▓ Texas 76063 | | 6/1/22 | 2:28 | [sig] | [sig] JA |
| 6/1/2022 10:AM | ▓▓▓ | ▓▓▓ 38 | | 6/1/22 | 2:38 | [sig] | [sig] JA |
| 6/2/22 8:00 | ▓▓▓ | ▓▓▓ 32202 | | 6/2/22 | 8:00 | J. Ramsey | [sig] |
| 6/2/22 11:27 | ▓▓▓ | ▓▓▓ St 1100 FL 33201 | | 6/2/22 | 11:27AM | [sig] | [sig] |
| 6/2/22 2:55 | ▓▓▓ 300 | ▓▓▓ 9-150 32202 | | 6/2/22 | 2:55 PM | [sig] | [sig] JA |